UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:03CR750 RWS |
| DONALD RAY EVANS, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Donald Ray Evans' "Application For A Writ of Mandamus To Compel Duty."

Mr. Evans also asks this court for a copy of any letters received by the Court before his sentencing. I received two letters in 2004 regarding Mr. Evans:

1. Letter dated June 4, 2004, signed by Virginia Harris; and

2. Letter postmarked July 15, 2004, signed by Mary Ann Evans Pratt.

These letters were disclosed to Mr. Evans and his counsel. In fact, before he was sentenced Mr. Evans wrote a letter to me dated April 4, 2005, commenting on the content of the letter received from his mother Mary Ann Evans Pratt.

These three letters are attached to this memorandum and made a part of the court's file.

The remaining requests contained in Mr. Evans' Application must be made to the United States Court of Appeals for the Eighth Circuit which has jurisdiction over his appeal.

Mr. Evans' "Application" to place the letters in the District Court file is GRANTED.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2006.